| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Luke W. Sironski-White (State Bar No. 348441) |
| 3 | Ryan B. Martin (State Bar No. 359876)<br>1990 North California Blvd., 9th Floor |
| 4 | Walnut Creek, CA 94596<br>Telephone: (925) 300-4455 |
| 5 | Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com |
| 6 | lsironski@bursor.com<br>rmartin@bursor.com |
| 7 | **SINDERBRAND LAW GROUP, P.C.** |
| 8 | Greg Sinderbrand (State Bar No. 179586)<br>2829 Townsgate Road, Suite 100 |
| 9 | Westlake Village, CA 91361<br>Telephone: (818) 370-3912 |
| 10 | E-mail: greg@sinderbrandlaw.com |
| 11 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCLAUGHLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ENCHROMA, INC.,<br><br>Defendant. | Case No. 4:25-cv-02906-JST<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jon S. Tigar |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Robert McLaughlin, hereby dismisses his claims against Defendant EnChroma, Inc., with prejudice.

Dated: August 5, 2025  **BURSOR & FISHER, P.A**.

By:  /s/ *Ryan B. Martin*
   Ryan B. Martin

L. Timothy Fisher (State Bar No. 191626)
Luke W. Sironski-White (State Bar No. 348441)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
   lsironski@bursor.com
   rmartin@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*